David E. Walters
Nevada Bar No. 7203
Emily R. Navasca
Nevada Bar No. 13202
LAW OFFICE OF DAVID E. WALTERS
6540 South Pecos Road, Bldg A
Las Vegas, Nevada  89120
Telephone:(702) 405-6666
Facsimile: (702) 485-6545
emily@davidwaterslaw.com

Attorney for Plaintiff
VICTORIA ZARANDIOUN

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VICTORIA ZARANDIOUN<br>　　　　　Plaintiff,<br>vs.<br><br>U.S. DEPT. OF HOMELAND SECURITY<br>　　　　　Defendant, | Case No.:  2:14-cv-00008 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE DISCOVERY PLAN/SCHEDULING ORDER**
**(FIRST REQUEST)**

Pursuant to Federal Rule of Civil Procedure 6(b) and LR 6-2 VICTORIA F. ZARANDIOUN ("Plaintiff") respectfully makes this unopposed motion requesting a thirty (30) day extension to file the Discovery Plan/Scheduling Order.  Currently, the Parties are scheduled to submit their Discovery Plan/Scheduling Order on November 10, 2014. The grounds for the motion are as follows:

New information has come to light regarding Plaintiff's case and undersigned counsel needs additional time to conduct further research, consult with the Plaintiff, and contact Plaintiff's previous legal counsel.  The Parties are contemplating resolving this case without having to proceed to trial.

Undersigned counsel contacted opposing counsel, Mr. John Inkeles on November 4, 2014, who advised that he has no objection to the requested extension.  This extension will

prejudice neither party, but rather will facilitate the efficient disposition of this matter. Should such filing still be necessary, the Parties will comply no later than 5 p.m. EST, on December 10, 2014.

Dated: November 6, 2014

Respectfully Submitted,

*/s/ Emily R. Navasca*
Emily R. Navasca
Nevada Bar No. 13202
LAW OFFICE OF DAVID E. WALTERS
6540 South Pecos Road, Bldg A
Las Vegas, Nevada  89120
(702) 405-6666
emily@davidwaterslaw.com

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: November 7, 2014

2
Unopposed Motion For Extension Of Time Within Which To File Discovery Plan/Scheduling Order

# **CERTIFICATE OF SERVICE**

Case No. 2:14-cv-00008

I hereby certify that on this 6th day of November, 2014, I served the foregoing pleading on all counsel of record by means of the District Clerk's electronic filing system.

*/s/ Emily R. Navasca*
Emily R. Navasca
Nevada Bar No. 13202
LAW OFFICE OF DAVID E. WALTERS
6540 South Pecos Road, Bldg A
Las Vegas, Nevada  89120
(702) 405-6666
emily@davidwaterslaw.com